**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHILIP WARD BURTON, JR. : | |
| : | |
| Plaintiff, : | |
| vs. : | Civil Action No. 1:04cv00965 |
| : | |
| BARRY COBURN, <u>et</u> <u>al.</u> : | Judge Reggie B. Walton |
| : | |
| Defendants. : | |
| : | |

**<u>DECLARATION OF WILLIAM W. OSBORNE, JR.</u>**

William W. Osborne, Jr. hereby declares, as follows in accordance with 28 U.S.C. §1746:

1. I am the founder and principal of Osborne Law Offices, P.C. located at 4301 Connecticut Avenue, N.W., Suite 108, Washington, D.C. 20008. I was admitted to the District of Columbia Bar in 1975 and have been actively and continuously engaged in the practice of labor and employment law since that time. I have served as counsel to Plaintiff, Philip Burton Jr., at all relevant times.

2. Osborne Law Offices, P.C. is a legal professional corporation specializing in the practice of labor law. Each attorney employed by the firm is a competent professional with years of experience representing labor unions and employees.

3. I have attached to this Declaration an Exhibit A that explains how the amount of requested fees for Osborne Law Offices, P.C. was generated. Exhibit A sets forth the number of hours spent and a description of the services performed by

attorneys employed by Osborne Law Offices, P.C.  At all times, our billing rates have been reasonable.  The hourly billing rates are $325.00 per hour for the principal and $200.00 per hour for associates in accordance with our standard billing rate for litigation.

    4. A total of $5,406.25 is requested for attorneys' fees by Mr. Burton, calculated based on the hours billed to date by this firm.

    5. A total of $212.37 is requested for costs and expenses itemized in Exhibit A and billed to Mr. Burton.

    6. All attorneys' fees and costs requested are for services directly related to challenging Defendant's removal of this action to federal court. We have determined not to include the fees and costs associated with this application, but reserve the right to do so if the application generates substantial litigation by Defendants.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of March, 2005.

                                             _____
                                             William W. Osborne, Jr.

**EXHIBIT A**

**OSBORNE LAW OFFICES, P.C.**

**PHILLIP W. BURTON, JR. v. BARRY COBURN et al.**

Attorney Hours -   William W. Osborne ("WO") ($325 per hour)
                   Debra Willen ("DW") ($200 per hour)
                   Jason Valtos ("JV") ($200 per hour)

| Burton v. Coburn | | | | **Hours** |
|---|---|---|---|---|
| 6/14/2004 | DW | Review removal notice | | 0.50 |
| 6/16/2004 | DW | Research and draft Motion to Remand | | 5.75 |
|  | JV | Review response to removal petition | | 0.25 |
| 6/17/2004 | DW | Edit and file Motion to Remand | | 1.50 |
| 6/23/2004 | WW | Review brief, research | | 3.50 |
| 6/24/2004 | WW | Prepare brief, research | | 2.75 |
| 6/25/2004 | DW | Research and draft reply to Motion to Remand | | 7.00 |
| 6/29/2004 | WW | Telephone conf. w/opposing counsel, research | | 1.00 |
| 6/30/2004 | DW | Review Motion to File Surreply | | 0.25 |

TOTALS:   Attorney Hours  8.25 @ $325.00 =   $2,356.25
                         15.25 @ $200.00 =   $3,050.00
                                             _____
                                             $5,406.25

```
Costs -    Postage Charges                        $3.64
           Fax Charges                            $25.50
           LEXIS Research                         $183.23
                                                 _____

TOTALS:    Costs                                  $212.37
```