UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



PHILIP WARD BURTON, JR.          :
                                 :
            Plaintiff,           :
vs.                              :    Civil Action No. 1:04cv00965
                                 :
BARRY COBURN, et al.             :    Judge Reggie B. Walton
                                 :
            Defendants.          :
_____:

### ORDER

Upon consideration of Plaintiff's Motion for Attorneys' Fees and Expenses, the Memorandum of Points and Authorities in Support of that Motion, any responses, and the entire record, it is hereby ORDERED that the Motion is GRANTED and Defendants shall pay Plaintiff's attorneys' fees and expenses in the amount of $5,618.62.

April 12, 2005
Date

_____
United States District Judge